STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.2860  AND FILED ON  4/10/2007

| | |
|---|---|
| NANCY NAGLE | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PAULA MARRON, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK  )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On ___4/18/2007___ at ___3:03PM___, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: PAULA MARRON  (herein called recipient)
At Location: CHATSWORTH AVENUE SCHHOL
CHATSWORTH AVENUE
MAMARONECK NY 10543

therein named.

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_   Color of Skin _WH_   Color of Hair _BLACK_
Age _45/50_   Height _5'4"_   Weight _135_
Other Features _GLASSES_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on ___4/19/2007___

_signature_ / Gail Williams

John Axelrod

Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2860    AND FILED ON    4/10/2007

| | |
|---|---|
| NANCY NAGLE | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PAULA MARRON, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **4/18/2007** at **3:20PM**, deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:    PAUL R. FRIED, SUPERINTENDENT                    (herein called recipient) therein named.
At Location:     MAMARONECK PUBLIC SCHOOLS
                 1000 WEST BOSTON POST ROAD
                 MAMARONECK NY 10543

By delivering to and leaving with **BEATRICE CERASOLI, DISTRICT CLERK** a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On **4/19/07**, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | | _WHITE_ |
|---|---|---|---|---|---|---|
| Age | _55/60_ | Height | _5'6"_ | Weight | | _145_ |
| Other Features | | | | _GLASSES_ | | |

Sworn to before me on the **4/19/2007**

_Gail Williams_ (signature)
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_John Axelrod_ (signature)
John Axelrod
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2860    AND FILED ON    4/10/2007

| NANCY NAGLE | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| PAULA MARRON, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                    )
                                       ) SS
COUNTY OF WESTCHESTER                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __4/18/2007__ at __3:05PM__, deponent did serve the within process as follows:

Process Served:
Party Served:   SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES    (herein called
recipient)      STEVEN CASTAR, PRINCIPAL                                          therein named.

At Location:    CHATSWORTH AVENUE SCHOOL
                CHATSWORTH AVENUE
                MAMARONECK NY 10543

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | | DK BRN |
|---|---|---|---|---|---|---|
| Age | 45/50 | Height | 5'10" | Weight | 200 | |
| | | Other Features | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __4/19/2007__

_[signature: Gail Williams]_

_[signature: John Axelrod]_

John Axelrod

Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2860   AND FILED ON   4/10/2007

| | |
|---|---|
| NANCY NAGLE | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PAULA MARRON, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/18/2007 at 3:20PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ROSEMARY COLETTI, ASSISTANT SUPERINTENDENT   (herein called recipient) therein named.
At Location: MAMARONECK PUBLIC SCHOOLS
1000 WEST BOSTON POST ROAD
MAMARONECK NY 10543

By delivering to and leaving with BEATRICE CERASOLI, DISTRICT CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 4/19/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | WHITE |
|---|---|---|---|---|---|
| Age | 55/60 | Height | 5'6" | Weight | 145 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 4/19/2007

_Gail Williams_                              _John Axelrod_
                                             John Axelrod
                                             Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF   NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV.2860           AND FILED ON           4/10/2007

| NANCY NAGLE | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| PAULA MARRON, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                    )
                                                                  ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On 4/18/2007 at 3:20PM, deponent did serve the within process as follows:

Process Served:   SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:      BARBARA MERLING,PSYCHOLOGIST                                    (herein called recipient) therein named.
At Location:        MAMARONECK PUBLIC SCHOOLS
                         1000 WEST BOSTON POST ROAD
                         MAMARONECK NY  10543

By delivering to and leaving with BEATRICE CERASOLI, DISTRICT CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 4/19/07, deponent completed service by depositing a copy of the
SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | WHITE |
|---|---|---|---|---|---|---|
| Age | 55/60 | Height | 5'6" | Weight | 145 | |
| Other Features | | | | GLASSES | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 4/19/2007

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.2860    AND FILED ON    4/10/2007

| | |
|---|---|
| NANCY NAGLE <br><br> PAULA MARRON, ET AL | Plaintiff(s)/Petitioner(s) <br><br> Defendant(s)/Respondent(s) |

Vs.

STATE OF: NEW YORK             )   SS

COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/18/2007 at 3:20PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served: MAMARONECK UNION FREE SCHOOL DISTRICT, NEW YORK    (herein called recipient) therein named.

At Location: 1000 WEST BOSTON POST ROAD

MAMARONECK NY 10543

By delivering to and leaving with BEATRICE CERASOLI and that deponent knew the person so served to be the DISTRICT CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: WHITE

Age: 55/60    Height: 5'6"

Weight: 145    Other Features: GLASSES

Sworn to before me on 4/19/2007

_____          _____

                                                John Axelrod

                                                Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010