STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2860   AND FILED ON   4/10/2007

| | |
|---|---|
| NANCY NAGLE | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PAULA MARRON, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On ___4/18/2007___ at ___3:03PM___, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: PAULA MARRON   (herein called recipient)
At Location: CHATSWORTH AVENUE SCHHOL
CHATSWORTH AVENUE
MAMARONECK NY 10543

therein named.

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_   Color of Skin _WH_   Color of Hair _BLACK_
Age _45/50_   Height _5'4"_   Weight _135_
Other Features _GLASSES_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on ___4/19/2007___

_____   _____
                                     John Axelrod
                                     Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.2860   AND FILED ON   4/10/2007

| | |
|---|---|
| NANCY NAGLE | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PAULA MARRON, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK        )  
                           ) SS  
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On 4/18/2007 at 3:20PM , deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES  
Party Served: PAUL R. FRIED, SUPERINTENDENT     (herein called recipient) therein named.  
At Location: MAMARONECK PUBLIC SCHOOLS  
1000 WEST BOSTON POST ROAD  
MAMARONECK NY 10543

By delivering to and leaving with BEATRICE CERASOLI, DISTRICT CLERK a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 4/19/07 , deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | WHITE |
|---|---|---|---|---|---|
| Age | 55/60 | Height | 5'6" | Weight | 145 |
| Other Features | | | GLASSES | | |

Sworn to before me on the 4/19/2007  
_____  
GAIL WILLIAMS  
Notary Public, State of New York  
No. 4665052  
Qualified in Westchester County  
Commission Expires September 30, 2010

John Axelrod  
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2860    AND FILED ON    4/10/2007

| NANCY NAGLE | Plaintiff(s)/Petitioner(s) |
|---|---|
| Vs. | |
| PAULA MARRON, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/18/2007 at 3:05PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served (herein called recipient): STEVEN CASTAR, PRINCIPAL therein named.

At Location: CHATSWORTH AVENUE SCHOOL
CHATSWORTH AVENUE
MAMARONECK NY 10543

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _M_   Color of Skin _WH_   Color of Hair _DK BRN_
Age _45/50_   Height _5'10"_   Weight _200_
Other Features _GLASSES_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on 4/19/2007

_Gail Williams_   _John Axelrod_
                  Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2860    AND FILED ON    4/10/2007

| NANCY NAGLE | Plaintiff(s)/Petitioner(s) |
|---|---|
| Vs. | |
| PAULA MARRON, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/18/2007 at 3:20PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ROSEMARY COLETTI, ASSISTANT SUPERINTENDENT   (herein called recipient) therein named.
At Location: MAMARONECK PUBLIC SCHOOLS
1000 WEST BOSTON POST ROAD
MAMARONECK NY 10543

By delivering to and leaving with BEATRICE CERASOLI, DISTRICT CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 4/19/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | WHITE |
|---|---|---|---|---|---|
| Age | 55/60 | Height | 5'6" | Weight | 145 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 4/19/2007

_Gail Williams_ (signature)

John Axelrod

Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF   NEW YORK                      UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2860         AND FILED ON         4/10/2007

| NANCY NAGLE | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| PAULA MARRON, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                                          )
                                                                            ) SS
COUNTY OF WESTCHESTER                                                       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On __4/18/2007__ at __3:20PM__, deponent did serve the within process as follows:

Process Served:   SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:     BARBARA MERLING,PSYCHOLOGIST                (herein called recipient) therein named.
At Location:      MAMARONECK PUBLIC SCHOOLS
                  1000 WEST BOSTON POST ROAD
                  MAMARONECK NY  10543

By delivering to and leaving with __BEATRICE CERASOLI, DISTRICT CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __4/19/07__, deponent completed service by depositing a copy of the
SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential!" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | WHITE |
|---|---|---|---|---|---|---|
| Age | 55/60 | Height | 5'6" | Weight | 145 | |
| Other Features | | | | GLASSES | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the __4/19/2007__

_____          _____
GAIL WILLIAMS                              John Axelrod
Notary Public, State of New York
No. 4665052                                Server's License#:
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.2860    AND FILED ON    4/10/2007

| | |
|---|---|
| NANCY NAGLE <br><br> PAULA MARRON, ET AL     Vs. | Plaintiff(s)/Petitioner(s) <br><br> Defendant(s)/Respondent(s) |

STATE OF: NEW YORK          ) <br>
                                                         SS <br>
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/18/2007 at 3:20PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served: MAMARONECK UNION FREE SCHOOL DISTRICT, NEW YORK    (herein called recipient) therein named.

At Location: 1000 WEST BOSTON POST ROAD <br>
MAMARONECK NY 10543

By delivering to and leaving with BEATRICE CERASOLI and that deponent knew the person so served to be the DISTRICT CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | | |
|---|---|---|---|
| Sex FM | Color of Skin WH | Color of Hair WHITE | |
| Age 55/60 | Height 5'6" | | |
| Weight 145 | Other Features GLASSES | | |

Sworn to before me on 4/19/2007

_Gail Williams_ (signature)                           _John Axelrod_ (signature)

                                                                John Axelrod <br>
                                                                 Server's License#:

GAIL WILLIAMS <br>
Notary Public, State of New York <br>
No. 4665052 <br>
Qualified in Westchester County <br>
Commission Expires September 30, 2010