STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2860        AND FILED ON        4/10/2007

| | |
|---|---|
| NANCY NAGLE | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PAULA MARRON, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____4/18/2007_____ at _____3:03PM_____, deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:    PAULA MARRON                                           (herein called
(recipient)                                                              therein named.
At Location:     CHATSWORTH AVENUE SCHHOL
                 CHATSWORTH AVENUE
                 MAMARONECK NY 10543

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   _FM_    Color of Skin  _WH_     Color of Hair         _BLACK_
Age   _45/50_ Height         _5'4"_   Weight      _135_
              Other Features                      _GLASSES_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed  SHE was not.

Sworn to before me on ____4/19/2007____

_[signature: Gail Williams]_                  _[signature]_
                                              John Axelrod
                                              Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2860    AND FILED ON    4/10/2007

| | |
|---|---|
| NANCY NAGLE | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PAULA MARRON, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK )
                                             ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/18/2007 at 3:20PM, deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:    PAUL R. FRIED, SUPERINTENDENT    (herein called recipient) therein named.
At Location:     MAMARONECK PUBLIC SCHOOLS
                 1000 WEST BOSTON POST ROAD
                 MAMARONECK NY 10543

By delivering to and leaving with BEATRICE CERASOLI, DISTRICT CLERK a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 4/19/07, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | WHITE |
|---|---|---|---|---|---|---|
| Age | 55/60 | Height | 5'6" | Weight | | 145 |
| Other Features | | | | GLASSES | | |

Sworn to before me on the 4/19/2007

_____                         _____
GAIL WILLIAMS                                     John Axelrod
Notary Public, State of New York                  Server's License#:
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2860   AND FILED ON   4/10/2007

| | |
|---|---|
| NANCY NAGLE | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PAULA MARRON, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK )
                                                         ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____4/18/2007_____ at _____3:05PM_____, deponent did serve the within process as follows:

Process Served:
Party Served:     SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES    (herein called
recipient)        STEVEN CASTAR, PRINCIPAL                                          therein named.

At Location:     CHATSWORTH AVENUE SCHOOL
                 CHATSWORTH AVENUE
                 MAMARONECK NY  10543

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    __M__    Color of Skin    __WH__    Color of Hair    __DK BRN__

Age    __45/50__    Height    __5'10"__    Weight    __200__

Other Features                                          __GLASSES__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on _____4/19/2007_____

_____         _____
                                        John Axelrod
                                        Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2860    AND FILED ON    4/10/2007

| NANCY NAGLE | Plaintiff(s)/Petitioner(s) |
|---|---|
| Vs. | |
| PAULA MARRON, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/18/2007 at 3:20PM, deponent did serve the within process as follows:

Process Served:    SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:      ROSEMARY COLETTI, ASSISTANT SUPERINTENDENT    (herein called recipient) therein named.
At Location:       MAMARONECK PUBLIC SCHOOLS
                   1000 WEST BOSTON POST ROAD
                   MAMARONECK NY 10543

By delivering to and leaving with BEATRICE CERASOLI, DISTRICT CLERK a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house (usual place of abode) within the state.

On 4/19/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | WHITE |
|---|---|---|---|---|---|
| Age | 55/60 | Height | 5'6" | Weight | 145 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 4/19/2007

_____        _____
                                          John Axelrod

                                          Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF  NEW YORK            UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2860         AND FILED ON         4/10/2007

| NANCY NAGLE | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| PAULA MARRON, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                                         )  SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __4/18/2007__ at __3:20PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: BARBARA MERLING, PSYCHOLOGIST                                     (herein called recipient) therein named.
At Location: MAMARONECK PUBLIC SCHOOLS
1000 WEST BOSTON POST ROAD
MAMARONECK NY 10543

By delivering to and leaving with __BEATRICE CERASOLI, DISTRICT CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __4/19/07__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _WHITE_ |
|---|---|---|---|---|---|
| Age | _55/60_ | Height | _5'6"_ | Weight | _145_ |
| Other Features | | | _GLASSES_ | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the __4/19/2007__

_____                                    _____
GAIL WILLIAMS                                                                     John Axelrod
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010                        Server's License#:

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.2860    AND FILED ON    4/10/2007

| NANCY NAGLE | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| PAULA MARRON, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK      )
                                SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/18/2007 at 3:20PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served: MAMARONECK UNION FREE SCHOOL DISTRICT, NEW YORK (herein called recipient) therein named.

At Location: 1000 WEST BOSTON POST ROAD
MAMARONECK NY 10543

By delivering to and leaving with BEATRICE CERASOLI and that deponent knew the person so served to be the DISTRICT CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: WHITE
Age: 55/60    Height: 5'6"
Weight: 145    Other Features: GLASSES

Sworn to before me on 4/19/2007

_Gail Williams_ (signature)

John Axelrod
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010