UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
NANCY NAGLE,

                Plaintiff,

-against-

PAULA MARRON, individually, PAUL R. FRIED,
individually, STEVEN CASTAR, individually,
ROSEMARY COLETTI, individually, BARBARA
MERLING, individually, and the MAMARONECK
UNION FREE SCHOOL DISTRICT, New York,

                Defendants.
------------------------------------------x

Docket No.: 07 CIV 2860
         (SCR)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the defendants' time to appear, answer, or otherwise move with respect to the Complaint in the above-captioned action is extended up to and including May 31, 2007.

IT IS FURTHER AGREED that a facsimile copy of this document shall have the same force and effect as the original.

Dated: Mineola, New York
      May 1, 2007

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

By: _____
   Jonathan Lovett (JL-4854)

SO ORDERED:
_Stephen C. Robinson_
U.S.D.J.     5/3/07

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-326

By: _____
   Adam I. Kleinberg, Esq. (AIK-0468)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

1