UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NANCY L. NAGLE,                                     Docket No.: 07 CIV. 2860

       Plaintiff,

   -against-                                     **NOTICE OF APPEARANCE**

PAULA MARRON, individually, PAUL R. FRIED,
individually, STEVEN CASTAR, individually,
ROSEMARY COLETTI, individually, BARBARA
MERLING, individually, and the MAMARONECK
UNION FREE SCHOOL DISTRICT, New York,

       Defendants.
------------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that Lewis R. Silverman, hereby appears as counsel for the defendant, PAULA MARRON, and that a copy of all notices and other papers herein are to be served upon the undersigned.

Dated: New York, New York
   May 31, 2007

              Respectfully submitted,

              **RUTHERFORD & CHRISTIE, LLP**

           BY: _____
             Lewis R. Silverman (LS 9723)
             Attorneys for Defendant, Paula Marron
             300 East 42nd Street, 18th Floor
             New York, New York 10017
             (212) 599-5799

TO:    LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

MIRANDA, SOKOLOFF, SAMBURSKY,
SLONE, VERVENIOTIS, LLP
Attorneys for Defendants,
PAUL R. FRIED, ROSEMARY COLETTI,
BARBARA MERLING, MAMARONECK
UNION FREE SCHOOL DISTRICT
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676

## CERTIFICATE OF SERVICE

I, Lewis R. Silverman, declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that on May 31, 2007, I served the annexed **Notice of Appearance** upon:

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605

MIRANDA, SOKOLOFF, SAMBURSKY,
SLONE, VERVENIOTIS, LLP
Attorneys for Defendants,
PAUL R. FRIED, ROSEMARY COLETTI,
BARBARA MERLING, MAMARONECK
UNION FREE SCHOOL DISTRICT
240 Mineola Boulevard
Mineola, New York 11501

by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Respectfully submitted,

RUTHERFORD & CHRISTIE, LLP

By: _____
Lewis R. Silverman (LS 9723)
Attorneys for Defendant,
Paula Marron
300 East 42nd Street, 18th Floor
New York, New York 10017
(212) 599-5799