UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NANCY L. NAGLE,                                    Docket No.: 07 CIV. 2860

                Plaintiff,

        -against-                         **STIPULATION EXTENDING**
                                                **TIME TO ANSWER**

PAULA MARRON, individually, PAUL R. FRIED,
individually, STEVEN CASTAR, individually,
ROSEMARY COLETTI, individually, BARBARA
MERLING, individually, and the MAMARONECK
UNION FREE SCHOOL DISTRICT, New York,

                Defendants.
----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the defendant, PAULA MARRON's, time to answer, appear or otherwise move is hereby extended to June 14, 2007. A copy of this stipulation shall have the same force and effect as an original.

Dated: New York, New York
          May 31, 2007

LOVETT & GOULD, LLP                              RUTHERFORD & CHRISTIE, LLP

_____                        _____
By: Jonathan Lovett (JL 4854)                    By: Lewis R. Silverman (LS 9723)
Attorney for Plaintiff                           Attorneys for Defendant,
Nancy L. Nagle                                   Paula Marron
222 Bloomingdale Road                            300 East 42nd Street, 18th Floor
White Plains, New York 10605                     New York, New York 10017
(914) 428-8401                                   (212) 599-5799
(914) 428-8916 - Fax                             (212) 599-5162 - Fax

**SO ORDERED:**

_____