# RUTHERFORD & CHRISTIE, LLP

NEW YORK        ATLANTA

June 25, 2007



**VIA OVERNIGHT MAIL**

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    Nagle v. Marron, et al.
            U.S.D.C., Southern District of New York
            Docket No.: 07 CV 2860(SCR)
            Our File No.: 5001.123

Dear Judge Robinson:

    We represent a defendant, Dr. Paula Marron, in the captioned civil rights matter. Pursuant to your Honor's direction, we contacted the other parties and agreed to a briefing schedule for our Rule 12(b)(6) motion to dismiss. We have agreed to the following schedule:

1. Defendant's motion will be served by July 25, 2007;

2. Plaintiff's opposition will be served by August 27, 2007;

3. Defendant's reply will be served by September 10, 2007.

    If this schedule is agreeable to your Honor, we respectfully request that this correspondence be so ordered.

                    Respectfully yours,

              RUTHERFORD & CHRISTIE, LLP

              By: _____
                    Lewis R. Silverman (LS 9723)

LRS/hj

APPLICATION GRANTED
Stephen C. Robinson 6/26/07
HON. STEPHEN C. ROBINSON

---

300 EAST 42ND STREET
NEW YORK, NEW YORK 10017-5947
(212) 599-5799
FACSIMILE (212) 599-5162

*Hon. Stephen C. Robinson*
*Nagle v. Marron, et al.*
*Docket No.: 07 CV 2860 (SCR)*
*June 25, 2007*
*Page No. 2*

cc:   **Via Facsimile**

     Lovett & Gould, LLP
     Attorneys for Plaintiff
     Attention:   Jonathan Lovett, Esq.

     Miranda Sokoloff Sambursky Slone Verveniotis, LLP
     Attorneys for Co-defendants
     Attention:   Adam Kleinberg, Esq.

RUTHERFORD & CHRISTIE, LLP