UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NANCY L. NAGLE,

                     Plaintiff,                          07 CIV. 2860 (SCR)

      - against -

PAULA MARRON, individually, PAUL          **NOTICE OF MOTION**
R. FRIED, individually, STEVEN CASTAR,
individually, ROSEMARY COLETTI,
individually, BARBARA MERLING,
individually, and the MAMARONECK
UNION FREE SCHOOL DISTRICT,
New York,

                     Defendants.
-----------------------------------------------------X

      **PLEASE TAKE NOTICE,** that upon the accompanying Declaration of Lewis R. Silverman, Esq., sworn to on the 25th day of July 2007, and the Memorandum of Law in Support of the Defendant's Motion to Dismiss, the defendant, PAULA MARRON, by and through her attorneys, RUTHERFORD & CHRISTIE, LLP, will move this Honorable Court on a date and time to be decided by this Honorable Court:

    1)    For an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing this action because the Complaint fails to state a claim upon which relief can be granted against the defendant.

    2)    For such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that the plaintiff's opposition, if any, is to be served by August 27, 2007. The defendant's reply papers are to be served by September 10, 2007.

Dated: New York, New York
July 25, 2007

Respectfully submitted,

**RUTHERFORD & CHRISTIE, LLP**

By: S/ Lewis R. Silverman
  Lewis R. Silverman (LS 9723)
  Attorneys for Defendant,
  PAULA MARRON
  300 East 42nd Street, 18th Floor
  New York, New York 10017
  (212) 599-5799

TO:  LOVETT & GOULD, LLP
  Attorneys for Plaintiff
  222 Bloomingdale Road
  White Plains, New York 10605
  (914) 428-8401
  Attention:  Jonathan Lovett, Esq.

  MIRANDA, SOKOLOFF, SAMBURSKY,
  SLONE, VERVENIOTIS, LLP
  Attorneys for Defendants,
  PAUL R. FRIED, STEVEN CASTAR,
  ROSEMARY COLETTI, BARBARA
  MERLING, MAMARONECK UNION
  FREE SCHOOL DISTRICT
  240 Mineola Boulevard
  Mineola, New York 11501
  (516) 741-7676
  Attention:  Adam J. Kleinberg, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing **NOTICE OF MOTION, DECLARATION and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** was furnished via first-class mail to the offices of LOVETT & GOULD, LLP, Attorneys for Plaintiff, NANCY L. NAGLE, 222 Bloomingdale Road, White Plains, New York 10605 and to MIRANDA, SOKOLOFF, SAMBURSKY, SLONE, VERVENIOTIS, LLP, Attorneys for Defendants, PAUL R. FRIED, STEVEN CASTAR, ROSEMARIE COLETTI, BARBARA MERLING, MAMARONECK UFSD, 240 Mineola Boulevard, Mineola, New York 11501 on this 25TH day of July, 2007

                                                  S/ Lewis R. Silverman
                                                  Lewis R. Silverman (LS 9723)