UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
NANCY NAGLE,

                       Plaintiff,

    -against-

PAULA MARRON, individually, PAUL R. FRIED,
individually, STEVEN CASTAR, individually,
ROSEMARY COLETTI, individually, BARBARA
MERLING, individually, and the MAMARONECK
UNION FREE SCHOOL DISTRICT, New York,

                       Defendants.
---------------------------------------------------------x

Docket No.: 07 CIV 2860
(SCR)

STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE AS
TO DEFENDANT
MERLING ONLY

    IT IS HEREBY STIPULATED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued without prejudice as against defendant BARBARA MERLING, without costs to any party as against another.

    IT IS FURTHER AGREED that this Stipulation may be signed in counterparts.

    IT IS FURTHER AGREED that a facsimile copy of this Stipulation shall have the same

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

force and effect as an original and may be filed with the Clerk of the Court.

DATED: Mineola, New York
July 30, 2007

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

By: _____
Jonathan Lovett (JL-4854)

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP
Attorneys for Defendants
MAMARONECK UNION FREE SCHOOL DISTRICT, PAUL R. FRIED, STEVEN CASTAR, ROSEMARIE COLETTI s/h/a ROSEMARY COLETTI and BARBARA MERLING
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-326

By: _____
Adam I. Kleinberg (AIK-0468)

RUTHERFORD & CHRISTIE LLP
Attorneys for Co-Defendant
PAULA MARRON
300 E. 42nd Street, 18th Floor
New York, NY 10017
(212) 599-5799

By: _____
Lewis R. Silverman (LRS-9113)

SO ORDERED:
_____
U.S.D.J.    8/16/07

2