UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

NANCY L. NAGLE,

                Plaintiff,          07 CIV. 2860 (SCR)

- against -

PAULA MARRON, individually, PAUL         STIPULATION OF
R. FRIED, individually, STEVEN CASTAR,     DISCONTINUANCE
individually, ROSEMARY COLETTI,         WITH PREJUDICE
individually, BARBARA MERLING,          *AS TO PAULA MARRON*
individually, and the MAMARONECK
UNION FREE SCHOOL DISTRICT,
New York,

                Defendants.
------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties in the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same is hereby discontinued against PAULA MARRON in her individual capacity, with



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

prejudice, without costs to any party. This Stipulation may be filed without notice with the Clerk of the Court.

Dated: New York, New York
July 30, 2007

LOVETT & GOULD, LLP

By: _____
Jonathan Lovett (JL 4854)
Attorneys for Plaintiff
NANCY L. NAGLE
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

RUTHERFORD & CHRISTIE, LLP

By: _____
Lewis R. Silverman (LS 9723)
Attorneys for Defendant
PAULA MARRON
300 East 42nd Street, 18th Floor
New York, New York 10017
(212) 599-5799

MIRANDA, SOKOLOFF, SAMBURSKY, SLONE, VERVENIOTIS, LLP

By: _____
Adam I. Kleinberg (AK 0468)
Attorneys for Defendants,
PAUL R. FRIED, STEVEN CASTAR,
ROSEMARY COLETTI, BARBARA
MERLING, and the MAMARONECK
UNION FREE SCHOOL DISTRICT
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676

*Defendant Marron's Motion to Dismiss is terminated*

SO ORDERED:

_____
Honorable Stephen C. Robinson
9/6/07