# MSSV

## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
ADAM I. KLEINBERG

TIMOTHY J. MURPHY
MARK R. OSHEROW*◊□
COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL  (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°°
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITRIN

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
° RESIDENT IN WESTCHESTER

WRITER'S E-MAIL:
MHOLTZER@MSSSV.COM

March 21, 2008

Hon. Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**MEMO ENDORSED**

Re:  *Nagle v. Marron, et al.*
     Docket No.:      07-CV-2860 (SCR)
     Our File No.:    07-326

Dear Judge Robinson:

We represent defendants Mamaroneck Union Free School District, Paul R. Fried, Rosemarie Coletti and Steven Castar with regard to the above-referenced matter.

We respectfully request that the deadline for the completion of discovery to be extended so that the parties may finish conducting depositions. Depositions of all parties are near completion and we plan to conduct non-party depositions in April. As such, we respectfully request an additional sixty (60) days to complete discovery. Plaintiff consents to this request.

Thank you for your time and attention to this matter. If you have any questions, please do not hesitate to contact me.

Sincerely,
MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

Melissa Holtzer

Cc: Jane Gould, Esq.

*Discovery deadline extended to 7/30/08.*

APPLICATION GRANTED
Stephen C. Robinson
HON. STEPHEN C. ROBINSON