UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NANCY NAGLE,

               Plaintiff,

-against-

PAUL R. FRIED, individually, STEVEN CASTAR, individually, ROSEMARY COLETTI, individually, and the MAMARONECK UNION FREE SCHOOL DISTRICT,

               Defendants.
------------------------------------------------------------x

Docket No.: 07 CIV 2860
(SCR)

STIPULATION OF PARTIAL DISCONTINUANCE WITH PREJUDICE AS TO DEFENDANT COLETTI ONLY

**IT IS HEREBY STIPULATED**, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued with prejudice as against defendant **ROSEMARIE COLETTI** s/h/a **ROSEMARY COLETTI**, without costs to any party as against another.

**IT IS FURTHER AGREED** that a facsimile copy of this Stipulation shall have the same force and effect as an original and may be filed with the Clerk of the Court.

DATED: Mineola, New York
           April 17, 2008

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

By: _____
Jane Gould (JG-4550)

SO ORDERED: _____
_____
U.S.D.J.

April 23 2008
White Plains, NY

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-326
By: _____
Adam I. Kleinberg (AIK-0468)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

1