# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA* | THE ESPOSITO BUILDING | JENNIFER E. SHERVEN |
| BRIAN S. SOKOLOFF | 240 MINEOLA BOULEVARD | GABRIELLA CAMPIGLIA |
| STEVEN VERVENIOTIS | MINEOLA, NY 11501 | TODD HELLMAN |
| ONDINE SLONE | TEL (516) 741-7676 | CHARLES A. MARTIN |
| NEIL L. SAMBURSKY* | FAX (516) 741-9060 | KIERA J. MEEHAN |
| RICHARD S. SKLARIN◊ | | MARIA THOMAS |
| STEVEN C. STERN | WWW.MSSSV.COM | NANCY R. SCHEMBRI◊◊ |
| ADAM I. KLEINBERG | | MICHAEL V. LONGO |
| | | MELISSA HOLTZER |
| | BRANCH OFFICES: | MICHAEL P. SIRAVO |
| TIMOTHY J. MURPHY | WESTCHESTER, NY | ARIEL S. ZITRIN |
| MARK R. OSHEROW*◊□ | NEW YORK, NY | PATRICK J. MALONEY |
| COUNSEL | FANWOOD, NJ | JONATHAN B. ISAACSON* |
| | | ANNE ZANGOS |
| | | KELLY C. HOBEL* |

\* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
\*\*RESIDENT IN WESTCHESTER

July 21, 2008

Hon. Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**MEMO ENDORSED**

Re: Nagle v. Marron, et al.
Docket No.: 07-CV-2860 (SCR)
Our File No.: 07-326

Dear Judge Robinson:

We represent defendants Mamaroneck Union Free School District, Paul R. Fried, Rosemarie Coletti and Steven Castar with regard to the above-referenced matter.

We respectfully request that the deadline for the completion of discovery to be <u>extended</u> so that the parties may finish conducting depositions. Recently, we conducted a non-party deposition in Utah. Due to several new issues that were raised during this deposition, we now need to conduct two more non-party depositions. As such, we respectfully request an additional thirty (30) days to complete discovery. We respectfully request that the status conference, which is currently scheduled for July 25, 2008, to be adjourned for thirty (30) days as well. Plaintiff consents to this request.

Thank you for your time and attention to this matter. If you have any questions please do not hesitate to contact me.

Respectfully submitted,
MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

Melissa Holtzer

cc: Jane Gould, Esq.

Discovery is to be completed by 9/1/08.
Conference is adjourned to 9/12/08 @ 10AM.

**APPLICATION GRANTED**
Stephen C. Robinson
HON. STEPHEN C. ROBINSON  7/21/08

TOTAL P.002